**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**MACON DIVISION**

| | |
|---|---|
| **SANTAZE HEARD,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **v.** | )   **CIVIL ACTION NO. 5:12-CV-97 (MTT)** |
| | )                    **5:12-CV-108** |
| | ) |
| **CARL HUMPHREY,** | ) |
| | ) |
| **Defendant.** | ) |
| _____ | ) |

**ORDER**

Before the Court is the Recommendation of Magistrate Judge Stephen Hyles.

(Doc. 168).  The Magistrate Judge recommends granting the Defendant's motion to

dismiss (Doc. 87) Plaintiff Santaze Heard's complaint[1] because he failed to exhaust his

administrative remedies for his Eighth Amendment claims, and his Fourteenth

Amendment procedural due process claim[2] based on being transferred to the

Administrative Segregation Unit of the Georgia Diagnostic and Classification Prison fails

to state a claim.[3]  The Plaintiff has not objected to the Recommendation.

---

[1] The complaint is filed in *Heard v. Humphrey*, 5:12-CV-108, at Doc. 1.  This case, along with several others, was consolidated with *Gholston v. Humphrey*, 5:12-CV-97, on November 1, 2012.  (Doc. 29).

[2] The complaint also alleges the Plaintiff's "property is consistently confiscated for months at a time without any type of hearing."  *Heard*, 5:12-CV-108, Doc. 1 at 6.  To the extent the complaint can be read as alleging a separate Fourteenth Amendment claim based on deprivation of personal property, that claim fails because the State of Georgia provides an adequate post-deprivation remedy.  *See Johnson v. Owens*, 2014 WL 6620938, at *3 & n.8 (M.D. Ga.).

[3] The Magistrate Judge also recommends dismissing the "John/Jane Doe" defendants because the Plaintiff has made no attempt to identify them.

The Court has reviewed the Recommendation, and the Court accepts and adopts the findings, conclusions, and recommendations of the Magistrate Judge.  The Recommendation is **ADOPTED** and made the order of this Court.  Accordingly, the Defendant's motion to dismiss (Doc. 87) is **GRANTED** and the Plaintiff's complaint is **DISMISSED without prejudice**.

**SO ORDERED,** this 10th day of December, 2014.

S/ Marc T. Treadwell
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT